AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 16, 2025
SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* v. RONALD J. KERR; and YAKIMA COUNTY TREASURER, *Defendant* | Civil Action No. 1:25-CV-03023-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation and Request for Entry of Judgment Against Defendant Ronald J. Kerr, ECF No. 8, is APPROVED.
Pursuant to the Order filed at ECF No. 9, judgment is entered in favor of Plaintiff and against Defendant Kerr.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian .

Date: 5/16/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza